**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 30, 2024**



**In The**

# Fourteenth Court of Appeals

## NO. 14-24-00157-CV

**ROBERT KLINEK, Appellant**

**V.**

**KHALED ALATTAR, Appellee**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-54501**

## MEMORANDUM OPINION

This is an appeal from an order signed February 8, 2024. On May 16, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.